[No. 37604-1-II.   Division Two.   March 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. SANFORD L. SIMMET II, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01826-7, Robert L. Harris, J., entered March 18, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 26709-1-III.   Division Three.   March 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. DEANNA QUEZADA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 07-8-00136-9, Douglas G. Anderson, J. Pro Tem., entered December 17, 2007. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Schultheis, C.J., and Kulik, J.

[No. 26904-3-III.   Division Three.   March 5, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER JUSTIN JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 07-1-00257-4, Rebecca M. Baker, J., entered February 19, 2008. *Reversed* and *remanded* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.